**Affirmed as Modified and Opinion Filed April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00888-CR

**JOE LYNN WILLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-56320-R**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Evans
Opinion by Chief Justice Wright

A jury convicted Joe Lynn Willis of burglary of a habitation. *See* TEX. PENAL CODE

ANN. § 30.02(a)(1) (West 2011). The trial court assessed punishment, enhanced by two prior

felony convictions, at twenty-five years' imprisonment. *See* TEX. PENAL CODE ANN. § 12.42(d).

On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly

frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S.

738 (1967). The brief presents a professional evaluation of the record showing why, in effect,

there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim.

App. [Panel Op.] 1978).  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

Although not an arguable issue, we note the trial court accepted appellant's pleas of true to two enhancement paragraphs contained in the indictment and expressly found the paragraphs true.  The judgment, however, reflects the findings on the enhancement paragraphs is "N/A."  Thus, the judgment is incorrect.

We have the power to modify the trial court's judgments when we have the necessary information before us to do so. *See* TEX. R. APP. P. 43.2(b) *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).  We modify the judgment to show the findings on the two enhancement paragraphs were true.

As modified, we affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
130888F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOE LYNN WILLIS, Appellant

No. 05-13-00888-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District Court of Dallas County, Texas (Tr.Ct.No. F12-56320-R).
Opinion delivered by Chief Justice Wright, Justices Myers and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Findings on 1st Enhancement Paragraph" is modified to show "True."

The section entitled "Findings on 2nd Enhancement/Habitual Paragraph" is modified to show "True."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered April 29, 2014

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE